Joe D. CLARK, Petitioner,

v.

**OFFICE OF COMPLIANCE,**
Respondent,

and

**OFFICE OF THE ARCHITECT OF
THE CAPITOL, Respondent.**

No. 03–6003.

United States Court of Appeals,
Federal Circuit.

Oct. 12, 2004.

Before CLEVENGER, SCHALL and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Javier A. SALDANA, Petitioner,

v.

**DEPARTMENT OF THE TREASURY,**
Respondent.

No. 04–3091.

United States Court of Appeals,
Federal Circuit.

Oct. 12, 2004.

Before NEWMAN, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36